UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAVID D. DANIELS,

    Petitioner,

v.

    Case No.: 5:06-cv-140

    HONORABLE PAUL L. MALONEY

KENNETH MCKEE,

    Respondent.
_____/

# ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #38) filed by United States Magistrate Judge Joseph G. Scoville in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation (Dkt. #38) is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that petitioner's motion for stay of proceedings (Dkt. #33) is **DENIED** for the reasons stated in the Report and Recommendation.

Dated: July 8, 2009

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge