UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DAVID D. DANIELS, | Case No. 5:06-cv-140 |
| Petitioner, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| KENNETH MCKEE, | |
| Respondent. | |

## JUDGMENT

In accordance with the Opinion and Order filed this date:

Daniels's amended petition for a writ of habeas corpus is **DENIED.**

This is a final order, but the court declines to issue a certificate of appealability.[1]

**IT IS SO ORDERED this 29th day of July 2009.**

      /s/ Paul L. Maloney
      Honorable Paul L. Maloney
      Chief United States District Judge

---

[1] "[A]n order denying a certificate of appealability is not appealable." *Sims v. US*, 244 F.3d 509, 509 (6th Cir. 2001), *followed by Crowley v. Renico*, 81 F. App'x 36, 37 (6th Cir. 2003) and *US v. Badru*, 2008 WL 1683113, *1 (D.C. Cir. July 27, 2004) (p.c.) (Rogers, Tatel, John Roberts).